UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21053-KMM

JOSHUA-MICHAEL VAN SCHAICK,

      Plaintiff,
v.

STATE OF FLORIDA, *et al.*,

      Defendants.
                                                /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon *pro se* Petitioner's Petition for Writ of Quo Warranto. ("Petition") (ECF No. 1). The Court referred the matter to the Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge, who issued a Report and Recommendation recommending that this case be REMANDED to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. ("R&R") (ECF No. 19). Instead of filing objections to the R&R, Petitioner filed a Motion for Summary Judgment. (ECF No. 22). The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

This action stems from Petitioner's Petition for Writ of Quo Warranto, wherein Petitioner names multiple parties (including the State of Florida, the Miami-Dade Police Department, and a number of individual respondents) but does not make clear what claims for relief he seeks. R&R at 2–3. After reviewing the record and taking judicial notice of the underlying state court criminal proceedings, Magistrate Judge Elfenbein determined that Petitioner seeks to remove his ongoing state court criminal case, wherein Petitioner is charged with resisting an officer without violence. *Id.* at 3.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge Elfenbein finds that (1) the Petitioner is properly construed as a Notice of Removal; (2) Petitioner does not plead statutorily defined circumstances that allow for the removal of his ongoing state court criminal proceedings; and (3) even if the Petition should be construed as a Complaint, the pleading is subject to dismissal because Petitioner failed to plead facts establishing either federal question or diversity jurisdiction. *See* R&R at 5–11. Therefore, Magistrate Judge Elfenbein recommends that the Petition should be denied and this case should be remanded to the Eleventh Circuit Judicial Circuit in and for Miami-Dade County, Florida, or alternatively, that the Petition should be dismissed without prejudice for lack of subject matter jurisdiction. *Id.* at 12. The R&R further recommends that the Motion for Leave to Amend (ECF No. 6) and Motion for Court Ordered Issuance of Summons (ECF No. 7) be denied as moot. *Id.* This Court agrees.

Accordingly, UPON CONSIDERATION of the Petition, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Magistrate Judge Elfenbein's Report and Recommendation (ECF No. 19) is ADOPTED;
2. The Petition for Writ of Quo Warranto (ECF No. 1) is DENIED;
3. This case is hereby REMANDED to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida;
4. The Motion for Leave to Amend (ECF No. 6), Motion for Court Ordered Issuance of Summons (ECF No. 7), and Motion for Summary Judgment (ECF No. 22) are DENIED AS MOOT;

5. The Clerk of Court is INSTRUCTED to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of April, 2024.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record